APPALACHIAN POSTER ADVERTISING CO. v. HARRINGTON

No. 407A95

Case below: 120 N.C.App. 72

Petition by appellant for writ of supersedeas allowed 3 April 1996.

C.W.&P. PARTNERSHIP v. PATE

No. 60P96

Case below: 121 N.C.App. 396

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 April 1996.

CARTERET COUNTY v. UNITED CONTRACTORS OF KINSTON

No. 468P95

Case below: 120 N.C.App. 336

Motion by plaintiff to withdraw petition for discretionary review allowed 3 April 1996.

CHILTOSKI v. DRUM

No. 37P96

Case below: 121 N.C.App. 161

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 April 1996.

CONGRESS v. COLLINS & AIKMAN

No. 513P95

Case below: 120 N.C.App. 645

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 April 1996.